■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM WEST, Appellant. [874 NYS2d 444]—Judgment, Supreme Court, New York County (Arlene Goldberg, J.), rendered December 4, 2006, convicting defendant, after a jury trial, of petit larceny and criminal possession of stolen property in the fifth degree, and sentencing him to concurrent terms of one year, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). Defendant attempted to flee from a shoe store while holding a customer's handbag under his jacket, as the screaming customer pursued him. We find unpersuasive defendant's assertion that he may have believed the bag to be store merchandise and that he may have intended to purchase it. In any event, even if he thought the bag was merchandise, his actions manifested an intent to steal it (*see People v Olivo*, 52 NY2d 309 [1981]; *People v Stapkowitz*, 40 AD3d 435 [2007], *lv denied* 9 NY3d 882 [2007]). Concur—Tom, J.P., Moskowitz, Renwick and Freedman, JJ.

■ FRANCES TRINIDAD, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant. [873 NYS2d 488]—Order, Supreme Court, New York County (Donna M. Mills, J.), entered December 26, 2007, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Contrary to defendant's argument, plaintiff consistently testified that his foot got stuck in a crack in the stairs.

Due to the poor quality of the photographs it submitted, defendant failed to demonstrate as a matter of law that the crack in the stairs was so trivial as to be nonactionable (*see Trincere v County of Suffolk*, 90 NY2d 976 [1997]; *Figueroa v Haven Plaza Hous. Dev. Fund Co.*, 247 AD2d 210 [1998]; *see also Revis v City of New York*, 18 AD3d 290 [2005]). Concur—Tom, J.P., Moskowitz, Renwick and Freedman, JJ.